IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| QUENTIN M. JACKSON and ANTONIO LAMAR MORGAN, | * |
| | * |
| Plaintiffs, | Case No.   7:22-CV-58(WLS) |
| v. | * |
| Warden J BEASLEY, et al., | * |
| Defendants. | * |

### **J U D G M E N T**

Pursuant to this Court's Order dated July 26, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case

This 27th day of July, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk